# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON ANDRE TWINE,<br><br>        Plaintiff,<br><br>    v.<br><br>B. BLUEM, et al.,<br><br>        Defendants. | CASE NO. CV-F-04-6086 REC LJO P<br><br>ORDER DIRECTING CLERK'S OFFICE TO RETURN BOOKLET TO WARDEN'S OFFICE ALONG WITH COPY OF ORDER FILED APRIL 6, 2005<br><br>(Doc. 17) |

       Plaintiff Damon Andre Twine ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 6, 2005, the court issued an order permitting plaintiff to show cause why the softbound booklet containing Division 3, Department of Corrections, of Title 15, which was submitted as an exhibit to plaintiff's complaint, should not be returned to the warden for a determination whether the booklet is state property. Plaintiff filed a response to the order to show cause on May 10, 2005. Plaintiff contends that each inmate is issued a copy of the rules and regulations, and that the booklet is his personal property. Cal. Penal Code § 2080 (West 2005); Cal. Code Regs. tit 15, § 3002(a) (2005).

       The Clerk's Office shall be directed to send the booklet along with a copy of this order and the court's order of April 6, 2005, to the warden's office. If the booklet is plaintiff's personal property, the court requests that the booklet be returned to plaintiff.

       Based on the foregoing, it is HEREBY ORDERED that:

    1.    The Clerk's Office shall send the booklet, a copy of this order, and a copy of the order of April 6, 2005, to the warden's office at Avenal State Prison; and

2.    If the booklet is plaintiff's personal property, the warden is requested to return the booklet to plaintiff.

IT IS SO ORDERED.

**Dated:    May 16, 2005**            /s/ Lawrence J. O'Neill
b9ed48                         UNITED STATES MAGISTRATE JUDGE